**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **BRIAN ANDERSON,** | ) | |
| **PLAINTIFF,** | ) | **CASE #: 3:26-CV-404** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LANGENBERG LAW OFFICES, PC** | ) | |
| | ) | |
| **DEFENDANTs.** | ) | **JURY TRIAL DEMANDED** |

**COMPLAINT**

**COMES NOW** the Plaintiff, by counsel, and for her Complaint against the Defendant

Klima, Peters & Daly, P.A., P.C. and LVNV Funding, LLC, respectfully says as follows:

**PRELIMINARY STATEMENT**

This is an action for actual and statutory damages brought by Plaintiff Joy Griffith, an

individual consumer, against Defendant Langenberg Law Offices, P.C. for violations of the Fair

Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p ("FDCPA"), which prohibits debt

collectors from engaging in abusive, deceptive and unfair practices.

**JURISDICTION, VENUE, and JURY DEMAND**

1. This court has jurisdiction over the FDCPA claims pursuant to 28 U.S.C. § 1331 and 15 U.S.C.

   § 1692k(d).

2. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

1

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 (voice) / 804.823.2565 (fax) / JKrumbein@KrumbeinLaw.com (email)

3. Venue is properly laid in this jurisdiction pursuant to 15 U.S.C. § 1692k and 28 U.S.C. § 1391(b) and (c).

4. The actions complained of occurred primarily (if not exclusively) in the Eastern District of Virginia, the Defendants transact business here, and should expect to be hailed into this court.

5. **TRIAL BY JURY IS HEREBY DEMANDED FOR ALL MATTERS SO TRIABLE**. *See* Fed. R. Civ. P. 38 and U.S. Const. amend. VII.

## PARTIES

6. Plaintiff, Brian Anderson ("Plaintiff") is a natural person and resides in Spotsylvania, Virginia.

7. Plaintiff falls within the definition of a consumer pursuant to 15 U.S.C. § 1692a(3).

8. Defendant, Langenberg Law Offices, PC ("Langenberg"), is a Virginia Professional Corporation, engaged in the business of regularly collecting debts in this Commonwealth, with its principal place of business located at 5800 Merry Oaks Rd, The Plains, VA 20198 and is registered with the Secretary of the Commonwealth, and may be served at the following: r/a E. Margriet Langenberg, 5800 Merry Oaks Rd, The Plains, VA 20198.

9. The principal business of Langenberg is the collection of debts.

10. Langenberg regularly attempts to collect consumer debts alleged due to another.

11. Langenberg is engaged in the collection of debts from consumers using the mails and telephone.

12. Langenberg is a "debt collector" as defined by the FDCPA 15 U.S.C. § 1692a(6).

2

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 (voice) / 804.823.2565 (fax) / JKrumbein@KrumbeinLaw.com (email)

## FACTS

13. Plaintiff's incurred debts with Raintree of Spotsylvania Homeowners Association ("Raintree") (not a defendant herein) for his personal use, bringing the debts in question within the Fair Debt Collection Practices Act.

14. Langenberg filed a lawsuit on behalf of Raintree against Plaintiff on the alleged debts in the Spotsylvania County General District Court.

15. The debts were reduced to judgment in 2014 (GV14002837-00), 2022 (GV22002885-00) and 2024 (GV24005441-00).

16. Counsel for plaintiff called defendants office in March 2026, and followed up by email to Langenberg on March 9, 2026 giving notice that plaintiff was represented and demanding information about the remaining balance.

17. Langenberg then sent a demand letter on April 1, 2026 directly to plaintiff.

18. In the letter, there were demands for fees and costs for filing fees and costs in the amount of $514.83, and fees for release of the judgments in the amount of $32.93 and certificate of satisfaction fees and costs of $22.93.

19. The fees and costs alleged for release and satisfaction are not permitted by contract or law.

20. Some or all of the filing fees and costs alleged in the demand letter are not incurred or permitted by contract or law.

21. Plaintiff suffered mental and emotional distress damages as a result of the actions of the defendant.

3

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 (voice) / 804.823.2565 (fax) / JKrumbein@KrumbeinLaw.com (email)

### COUNT ONE:
### Violation of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p

22. Plaintiff restates and re-alleges all previous paragraphs herein.

23. Defendant has violated the FDCPA 15 U.S.C. § 1692 in the following manner:

   a. Defendant has violated the FDCPA 15 U.S.C. § 1692b[6] in that it has communicated with a person known to be represented by counsel.

   b. Defendant has violated the FDCPA 15 U.S.C. § 1692[e] in that it has used false and deceptive means to collect a consumer debt.

   c. Defendant has violated the FDCPA 15 U.S.C. § 1692[e][2] in that it has falsely represented the amount, character or legal status of debts.

   d. Defendant has violated the FDCPA 15 U.S.C. § 1692[e][5] in that it has taken or threatened to take action that cannot be taken, in an effort to collect a consumer debt.

   e. Defendant has violated the FDCPA 15 U.S.C. § 1692[e][10] in that it has made false representations in an effort to collect a consumer debt.

   f. Defendant has violated the FDCPA 15 U.S.C. § 1692[f], in that it used unfair or unconscionable means to collect the alleged debt by suing on time barred debt in hopes that Plaintiff would pay and suing without legal authority to do so.

   g. Defendant has violated the FDCPA 15 U.S.C. § 1692[f][1] in that it has attempted to collect a debt not authorized by the agreement or by law.

24. Plaintiff is entitled to statutory damages, actual damages, attorney fees, and costs, pursuant to 15 U.S.C. § 1692k(a).

4

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 (voice) / 804.823.2565 (fax) / JKrumbein@KrumbeinLaw.com (email)

**WHEREFORE**, the Plaintiff by Counsel, respectfully requests this court to enter judgment on his behalf for violations of the Fair Debt Collection Practices Act for statutory damages, actual damages, attorney fees, and costs.

**BRIAN ANDERSON**
/s/ Jason M. Krumbein, Esq.
by: Jason M. Krumbein, Esq. VSBN 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 phone
804.823.2565 fax

5

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 (voice) / 804.823.2565 (fax) / JKrumbein@KrumbeinLaw.com (email)