IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRIAN ANDERSON,

   Plaintiff,

v.                                                    Case No. 3:26-CV-404

LANGENBERG LAW OFFICES, PC,

   Defendant.

## <u>NOTICE OF APPEARANCE</u>

    Julie S. Palmer, Esq., of the law firm of Harman, Claytor, Corrigan & Wellman notes her appearance as counsel for Defendant Langenberg Law Offices, PC.

**LANGENBERG LAW OFFICES, PC**

By Counsel

/s/ Julie S. Palmer
Julie S. Palmer (VSB No. 65800)
Counsel for Langenberg Law Offices, PC
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jpalmer@hccw.com

1

# **C E R T I F I C A T E**

I hereby certify that on the 5th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jason M. Krumbein, Esq.
Krumbein Consumer Legal Services
10307 W. Broad Street, Suite 293
Glen Allen, VA 23060
JKrumbein@KrumbeinLaw.com

/s/ Julie S. Palmer
Julie S. Palmer (VSB No. 65800)
Counsel for Langenberg Law Offices, PC
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jpalmer@hccw.com

2