# *LANGENBERG LAW OFFICES P.C.*

P.O. Box 1075
Warrenton, VA 20188

E. Margriet Langenberg (VA, DC)                (703) 691-0009                All Mail to Warrenton:
                                      Facsimile (703) 382-1665        P.O. Box 1075
                                                                      Warrenton, Virginia 20188

April 1, 2026

Brian K Anderson
10912 Peach Tree Drive
Fredericksburg, VA 22407

Re: 10912 Peach Tree Drive Fredericksburg VA 22407 Spotsylvania County
Creditor: Raintree of Spotsylvania Homeowners Association, Inc.

Dear Brian K Anderson.

I represent Raintree of Spotsylvania Homeowners Association, Inc..

Your account is delinquent in the amount listed below which is comprised of assessments, late fees and other charges as enumerated on the attached transaction report plus legal fees and filing fees and costs. Please note that assessments and other charges per the governing documents are due and continue to accrue after February 28, 2026.

**A:**

| | |
|---|---|
| Assessments, late fees and other charges (As of February 28, 2026): | $588.09 |
| Legal Fees (As of April 1, 2026): | $428.66 |
| Filing Fees and Costs (As of April 1, 2026): | $514.83 |
| Interest (As of April 1, 2026): | $462.71 |
| Sub-Total due: | $1,994.29 |

**B:**

Once one or more of the below judgement(s) and/or memorandum of lien(s) have been paid, please include the below listed legal fees and costs so that we can release the lien(s) currently filed against your property:

**Judgement(s):**

GV22002885-00:

Release of Judgement Lien Legal Fees and Costs: $32.93

Certificate of Satisfaction Legal Fees and Costs:   $22.93

GV24005441-00:

Release of Judgement Lien Legal Fees and Costs: $32.93

Certificate of Satisfaction Legal Fees and Costs:   $22.93

GV14002837-00:

Release of Judgement Lien Legal Fees and Costs: $32.93

Certificate of Satisfaction Legal Fees and Costs:   $22.93

**Memorandum of Lien(s):**

N/A

Subtotal:                                                           $167.58


**C:**

Total (A+B): $2,161.87


Please mail a check in the amount listed above made payable to "Raintree of Spotsylvania Homeowners Association, Inc." to Langenberg Law Offices P.C., P.O. Box 1075, Warrenton, VA. 20188 or contact us to make payment arrangements by April 11, 2026. You can contact us at (703) 691-0009 or email us at collections@langenberglawoffices.com.


If you do not contact us by April 11, 2026, we will file the appropriate action.


Please be advised I am a debt collector, and that this letter is an attempt to collect a debt, and any information obtained will be used for that purpose. If you have any questions with respect to this matter, you may contact me at (703) 691-0009.


Unless you notify this office within thirty (30) days of your receipt of this letter that the validity of this debt, or any portion of it, is disputed, I will assume the debt is valid. Also, if you notify this office in writing within that 30-day period that you dispute this debt, or any portion of thereof, and/or you request the address of the creditor, I will cease further collection action until I obtain verification of the debt and address of the creditor and mail it to you.
Thank you.

Sincerely,

*E. Margriet Langenberg*

Langenberg Law Offices P.C.

Resident Transaction Report
Raintree of Spotsylvania Homeowners Association, Inc.
Dates 07/31/2010 to 02/28/2026

Brian K Anderson
10912 Peach Tree Drive
Fredericksburg VA 22407

| Unit | Resident | Type | Date | CC | Description | Check | Amount | Balance |
|------|----------|------|------|----|-----------|-------|--------|---------|
| | Brian K. Anderson | App# | | | | Beg Bal | | 0.00 |
| | 10912 Peach Tree Drive | Pri | 07/31/2010 | | Setup Beg Bal Fr Lakeside | | 190.63 | 190.63 |
| | Fredericksburg VA 22407 | Gen | 12/01/2010 | | Temp Assmt | | 0.01 | 190.64 |
| | | Gen | 12/08/2010 | | Voided through Batch Void | | -0.01 | 190.63 |
| | | Gen | 01/01/2011 | | Annual Assessment | | 66.69 | 257.32 |
| | | Lat | 01/30/2011 | | Past Due 1 | | 5.34 | 262.66 |
| | | Gen | 01/01/2012 | | Annual Assessment | | 66.69 | 329.35 |
| | | Lat | 01/30/2012 | | At Attorney | | 5.34 | 334.69 |
| | | Gen | 01/01/2013 | | Annual Assessment | | 66.69 | 401.38 |
| | | Lat | 01/30/2013 | | At Attorney | | 5.34 | 406.72 |
| | | Gen | 01/01/2014 | | Annual Assessment | | 70.00 | 476.72 |
| | | Lat | 02/28/2014 | | At Attorney | | 3.50 | 480.22 |
| | | Gen | 01/01/2015 | | Annual Assessment | | 80.00 | 560.22 |
| | | Lat | 02/28/2015 | | At Attorney | | 4.00 | 564.22 |
| | | Gen | 01/01/2016 | | Annual Assessment | | 80.00 | 644.22 |
| | | Lat | 02/29/2016 | | At Attorney | | 4.00 | 648.22 |
| | | Lat | 03/31/2016 | | At Attorney | | 4.00 | 652.22 |
| | | Lat | 04/01/2016 | | Voided through Batch Void | | -4.00 | 648.22 |
| | | Gen | 01/01/2017 | | Annual Assessment | | 80.00 | 728.22 |
| | | Lat | 02/28/2017 | | At Attorney | | 4.00 | 732.22 |
| | | Gen | 01/01/2018 | | Annual Assessment | | 150.00 | 882.22 |
| | | Lat | 04/30/2018 | | At Attorney | | 7.50 | 889.72 |
| | | Gen | 01/01/2019 | | Annual Assessment | | 80.00 | 969.72 |
| | | Lat | 02/28/2019 | | At Attorney | | 4.00 | 973.72 |
| | | Lat | 05/30/2019 | | At Attorney | | 4.00 | 977.72 |
| | | Lat | 06/04/2019 | | Voided through Batch Void | | -4.00 | 973.72 |
| | | Gen | 01/01/2020 | | Annual Assessment | | 143.00 | 1,116.72 |
| | | Lat | 02/29/2020 | | At Attorney | | 7.15 | 1,123.87 |
| | | Lat | 02/29/2020 | | At Attorney | | 7.15 | 1,131.02 |
| | | Lat | 03/04/2020 | | Voided through Batch Void | | -7.15 | 1,123.87 |
| | | Lat | 05/30/2020 | | At Attorney | | 7.15 | 1,131.02 |
| | | Lat | 06/04/2020 | | Voided through Batch Void | | -7.15 | 1,123.87 |
| | | Gen | 01/01/2021 | | Annual Assessment | | 143.00 | 1,266.87 |
| | | Lat | 02/28/2021 | | At Attorney | | 7.15 | 1,274.02 |
| | | Gen | 01/01/2022 | | Annual Assessment | | 143.00 | 1,417.02 |
| | | Lat | 02/28/2022 | | At Attorney | | 7.15 | 1,424.17 |
| | | Gen | 01/01/2023 | | Annual Assessment | | 143.00 | 1,567.17 |
| | | Lat | 02/28/2023 | | At Attorney | | 7.15 | 1,574.32 |
| | | Gen | 01/01/2024 | | Annual Assessment | | 143.00 | 1,717.32 |
| | | Lat | 02/29/2024 | | At Attorney | | 7.15 | 1,724.47 |
| | | | 01/01/2025 | | Assessment | | 143.00 | 1,867.47 |
| | | | 02/25/2025 | | Legal Fees Attorney Costs | | 88.63 | 1,956.10 |
| | | | 02/25/2025 | | Legal Fees Attorney Fees | | 150.00 | 2,106.10 |
| | | | 02/25/2025 | | Chk #MO19593059554 - | | -500.00 | 1,606.10 |
| | | | 02/25/2025 | | Chk #MO19593059555 - | | -189.08 | 1,417.02 |
| | | | 03/08/2025 | | Late Fees | | 7.15 | 1,424.17 |
| | | | 03/25/2025 | | Chk #MO27771771521 - | | -150.15 | 1,274.02 |
| | | | 11/03/2025 | | Legal Fees | | 1,175.00 | 2,449.02 |
| | | | 11/06/2025 | | Chk #MO27771765985 - | | -1,000.00 | 1,449.02 |
| | | | 11/06/2025 | | Chk #MO27771765996 - | | -175.00 | 1,274.02 |
| | | | 12/18/2025 | | Legal Fees Filing Fees and Costs | | 95.28 | 1,369.30 |
| | | | 12/18/2025 | | Legal Fees Interest | | 342.64 | 1,711.94 |
| | | | 12/18/2025 | | Chk #MO38141061311 - | | -1,000.00 | 711.94 |
| | | | 12/18/2025 | | Chk #MO38141061322 - | | -274.00 | 437.94 |
| | | | 01/01/2026 | | Assessment | | 143.00 | 580.94 |
| | | | 02/28/2026 | | Late Fees | | 7.15 | 588.09 |
| | | | | | End Bal | | | 588.09 |

NOTICE
(15 U.S.C. Sections 1692, et. seq.)

If this is an initial communication, you are hereby notified that unless the consumer, within (30) days after receipt of this notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be correct by the debt collector.

If this is an initial communication, you are further advised that if the consumer notifies the debt collector in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment rendered against the consumer, and a copy of such verification or judgment will be mailed to the consumer by the collector and collection efforts will be temporarily suspended until such verification or copy is mailed.

You are also advised that upon the consumer's written request within the thirty (30) day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

Regardless of whether this communication is the initial communication or a subsequent communication, you are advised that it has been issued in furtherance of the collection of a debt, and any information supplied may be used to collect a debt.