IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRIAN ANDERSON,
    Plaintiff,

v.                                         Civil No. 3:26cv404 (DJN)

LANGENBERG LAW OFFICES, PC,
    Defendant.

## ORDER
**(Directing Parties to File Position on Consent to Magistrate Judge Jurisdiction)**

This matter comes before the Court on its own initiative for pretrial management. This matter is scheduled for an initial pretrial conference on **July 15, 2026.** In the interest of judicial economy, the Court hereby DIRECTS the parties to file their position as to whether they consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1),[1] no later than **July 8, 2026**.

If the parties consent to magistrate judge jurisdiction, the Court will cancel the previously scheduled initial pretrial conference.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                    _____/s/_____
                                    David J. Novak
                                    United States District Judge

Richmond, Virginia
Dated:  June 8, 2026

---

[1]     The Court advises the parties that they are free to withhold consent without adverse substantive consequences.