IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRIAN ANDERSON,

   Plaintiff,

v.                                                            Case No. 3:26-CV-404

LANGENBERG LAW OFFICES, PC,

   Defendant.

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil

Procedure 73, the defendant in this case, Langenberg Law Offices, PC, hereby voluntarily

waives its right to proceed before a United States district judge and consents to have a United

States magistrate judge conduct any and all further proceedings in the case, including the trial,

and the entry of final judgment.

**LANGENBERG LAW OFFICES, PC**

By Counsel

/s/ Julie S. Palmer
Julie S. Palmer (VSB No. 65800)
Laura M. Berry (VSB No. 95697)
Counsel for Langenberg Law Offices, PC
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jpalmer@hccw.com
lberry@hccw.com

1

## **C E R T I F I C A T E**

I hereby certify that on the 24th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Jason M. Krumbein, Esq.
> Krumbein Consumer Legal Services
> 10307 W. Broad Street, Suite 293
> Glen Allen, VA 23060
> JKrumbein@KrumbeinLaw.com

/s/ Julie S. Palmer
Julie S. Palmer (VSB No. 65800)
Laura M. Berry (VSB No. 95697)
Counsel for Langenberg Law Offices, PC
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jpalmer@hccw.com
lberry@hccw.com

2