**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **BRIAN ANDERSON,** | ) | |
| **PLAINTIFF,** | ) | **CASE #: 3:26-CV-404-DJN** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LANGENBERG LAW OFFICES, PC** | ) | |
| | ) | |
| **DEFENDANTs.** | ) | **JURY TRIAL DEMANDED** |

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

**COMES NOW** the Plaintiff, by counsel, CONSENTS to Magistrate jurisdiction pursuant

to 28 USC 636[c] and Fed.R.Civ.P. 73.

.

                                                      **BRIAN ANDERSON**
                                                      /s/ Jason M. Krumbein, Esq.
                                        by: Jason M. Krumbein, Esq. VSBN 43538
                                                      JKrumbein@KrumbeinLaw.com
                                                      Krumbein Consumer Legal Services
                                                      Counsel for Plaintiff
                                                      10307 W. Broad St. Suite 293
                                                      Glen Allen, VA 23060
                                                      804.592.0792 phone
                                                      804.823.2565 fax

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 (voice) / 804.823.2565 (fax) / JKrumbein@KrumbeinLaw.com (email)

CERTIFICATE OF SERVICE

I hereby certify that on this 6 July 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Julie S. Palmer, Esq.**
**Laura M. Berry, Esq.**
**Counsel for Langenberg Law Offices**

And to the following non-filing users:

NONE

_____/s/_____

Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

Page 2 of 2