IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRIAN ANDERSON,
     Plaintiff,

v.                                         Civil No. 3:26cv404 (DJN)

LANGENBERG LAW OFFICES, PC,
     Defendant.

## ORDER
**(Reassigning Case)**

This matter comes before the Court on the parties' filings consenting to Magistrate Judge Jurisdiction. (ECF Nos. 8, 9.) Having considered the filings, and pursuant to 28 U.S.C. § 636(c)(1), the Court hereby ORDERS that this action shall be REASSIGNED to United States Magistrate Judge Mark R. Colombell for all purposes. The Court DIRECTS the parties to contact Magistrate Judge Colombell's chambers for further scheduling. The Court also CANCELS the Initial Pretrial Conference scheduled for July 15, 2026.

Let the Clerk file a copy of this Order electronically, notify all counsel of record and provide a copy to Magistrate Judge Colombell.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated:  July 7, 2026