**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

BRIAN ANDERSON,
        Plaintiff,

v.                                                    Civil Action No.  3:26-cv-00404 (MRC)

LANGENBERG LAW OFFICES, PC,
        Defendant.

**ORDER RESCHEDULING PRETRIAL CONFERENCE**

The Court has RESCHEDULED the initial pretrial conference in this matter for **August 5, 2026** at **9:30 A.M.** At that time, counsel shall report to the chambers of Magistrate Judge Mark R. Colombell.  The requirements set forth in the Court's previous Order Setting Pretrial Conference (ECF No. 11) shall remain in effect.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

_____ /s/ MRC_____
                    Mark R. Colombell
                    United States Magistrate Judge

Date: July 28, 2026
Richmond, Virginia