IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRIAN ANDERSON,

   Plaintiff,

v.                                                        Case No. 3:26-CV-404

LANGENBERG LAW OFFICES, PC,

   Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties, by and through undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. The parties further agree each party will bear their own attorneys' fees, expenses and costs.

Respectfully submitted,

/s/ Julie S. Palmer
Julie S. Palmer (VSB No. 65800)
Counsel for Defendant
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 – Phone
804-747-6085 - Fax
jpalmer@hccw.com

/s/ Jason M. Krumbein
Jason M. Krumbein (VSB No. 43538)
Counsel for Plaintiff
Krumbein Consumer Legal Services
10307 W. Broad Street, Suite 293
Glen Allen, Virginia 23060
804-592-0792 – Phone
804-823-2565 - Fax
JKrumbein@Krumbeinlaw.com

1

# **C E R T I F I C A T E**

I hereby certify that on the 10th day of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jason M. Krumbein (VSB No. 43538)
Krumbein Consumer Legal Services
10307 W. Broad Street, Suite 293
Glen Allen, Virginia 23060
804-592-0792 – Phone
804-823-2565 - Fax
JKrumbein@Krumbeinlaw.com

/s/ Julie S. Palmer
Julie S. Palmer (VSB No. 65800)
Counsel for Defendant
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jpalmer@hccw.com