**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

BRIAN ANDERSON,
     Plaintiff,

v.                                  Civil Action No.  3:26-cv-00404 (MRC)

LANGENBERG LAW OFFICES, PC,
     Defendant.

**<u>ORDER</u>
(Acknowledging Stipulation of Dismissal with Prejudice)**

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 13.) The Court hereby acknowledges this voluntary dismissal, with prejudice and with each party to pay its own costs, expenses, and attorneys' fees. The Initial Pretrial Conference scheduled for August 12, 2026 is CANCELED.

This case is now CLOSED.

Let the Clerk send a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                         /s/ _MRC_

Richmond, Virginia                 Mark R. Colombell
Date: August 10, 2026           United States Magistrate Judge